```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 00002
   MICHAEL R BOYD
   ELIZABETH A BOYD                             CHAPTER 13

                                                JUDGE: MANUEL BARBOSA

          Debtor
   SSN XXX-XX-2459      SSN XXX-XX-0230
```

---
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 01/01/07 and confirmed on 08/27/07.

   2.  The case was dismissed after confirmation, 04/24/2008.

   3.  The Debtor paid a total of $   9007.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| LITTON LOAN SERVICING IN | CURRENT MORTG | .00 | .00 | .00 |
| LITTON LOAN SERVICING IN | MORTGAGE ARRE | .00 | .00 | .00 |
| HSBC MORTGAGE SERVICES | SECURED | .00 | .00 | .00 |
| HSBC MORTGAGE SERVICES | MORTGAGE ARRE | 3123.22 | .00 | .00 |
| HSBC AUTO FINANCE | SECURED VEHIC | 22215.03 | 897.24 | 4618.63 |
| AURORA EARTHMOVER CU | SECURED VEHIC | 9444.80 | 307.40 | 2841.12 |
| STATE OF ILLINOIS DEPT O | PRIORITY | NOT FILED | .00 | .00 |
| AMERICAN COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | 2249.93 | .00 | .00 |
| VATIV RECOVERY SOLUTIONS | UNSECURED | 371.03 | .00 | .00 |
| CITIFINANCIAL | UNSECURED | 11267.64 | .00 | .00 |
| COMED | UNSECURED | 1067.67 | .00 | .00 |
| CYBRCOLLECT | UNSECURED | NOT FILED | .00 | .00 |
| DIRECT TV | UNSECURED | NOT FILED | .00 | .00 |
| DREYER MEDICAL CLINIC | UNSECURED | 110.00 | .00 | .00 |
| AURORA EARTHMOVER CU | UNSECURED | 2049.48 | .00 | .00 |
| FIFTH THIRD BANK | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 6537.64 | .00 | .00 |
| HINCKLEY SPRING WATER CO | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1029.53 | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| ECAST SETTLEMENT CORPORA | UNSECURED | 710.45 | .00 | .00 |
| PALISADES COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| PROVENA MERCY CENTER | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 432.56 | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| CLEANING AUTHORITY | UNSECURED | NOT FILED | .00 | .00 |
| WASHINGTON MUTUAL | UNSECURED | NOT FILED | .00 | .00 |

```
KANE COUNTY RECORDERS OF SECURED           .00              .00            .00
     Summary of disbursements:
------------------------------------------------------------------------------
                  SECURED     PRIORITY   UNSECURED        OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  34783.05       .00    25825.93          .00      60608.98
PRINCIPAL PAID       7459.75       .00        .00           .00       7459.75
INTEREST PAID        1204.64       .00        .00           .00       1204.64
TOTAL PAID           8664.39       .00        .00           .00       8664.39
```

The Debtor's attorney, FOX VALLEY LEGAL GROUP          , was allowed $   2500.00
and was paid $   1500.00  direct and $       .00  through the plan.

The Trustee received $    342.61 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 07/16/08                  /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                              PAGE   2
        CASE NO. 07 B 00002 MICHAEL R BOYD & ELIZABETH A BOYD